UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| JUDITH SCRASE, ) | |
|       Plaintiff, ) | 2:11-CV-01564-PMP-CWH |
| vs. ) | **ORDER** |
| WILLIAM K. DICKINSON, ) | |
|       Defendant. ) | |

On December 19, 2011, the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered an Order and Findings and Recommendation (Doc. #2) granting Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #1) and recommending that Plaintiff's Complaint be dismissed with prejudice because Plaintiff had failed to allege a claim upon which relief could be granted. Plaintiff has failed to file objections to the recommendation of the Magistrate Judge, and in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court, therefore consents to the granting of the relief recommended by the Magistrate Judge.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Hoffman's Order and Findings and Recommendation (Doc. #2) should be Affirmed.

///

1  **IT IS ORDERED that** the Order and Findings and Recommendation
2  (Doc. #2) entered December 19, 2011, are **AFFIRMED**, and this action is hereby
3  **DISMISSED** with prejudice.

5  DATED: January 6, 2012.

*[signature]*

PHILIP M. PRO
United States District Judge